# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SUSAN NORWOOD, | ) |
|                Appellant, | ) |
| v. | ) Case No. 21-3145 |
| UNITED PARCEL SERVICE, INC., | ) |
|                Appellee. | ) |

## APPELLEE'S CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1, Appellee United Parcel Service, Inc., by and through its counsel, discloses that there is no parent corporation. Appellee United Parcel Service, Inc. further states that it is a publicly traded company, and no publicly held corporation holds a ten percent (10%) or more ownership interest in it.

                                                   Respectfully submitted,

                                                   /s/ Daniel P. Johnson
                                                 Shelley I. Ericsson KS #19098
                                                 Daniel P. Johnson  KS #27449
                                                 OGLETREE, DEAKINS, NASH,
                                                     SMOAK & STEWART, P.C.
                                                 4520 Main Street, Suite 400
                                                 Kansas City, Missouri 64111
                                                 816.471.1301
                                                 816.471.1303 *(Facsimile)*
                                                 shelley.ericsson@ogletree.com
                                                 daniel.johnson@ogletree.com

                                                 **ATTORNEYS FOR APPELLEE**

**CERTIFICATE OF DIGITAL SUBMISSION
AND PRIVACY REDACTIONS**

I hereby certify that with respect to the foregoing:

(1)  all required privacy redactions have been made per 10th Cir. R. 25.5;

(2)  if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)  the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender, Version 1.339.429.0, updated August 26, 2021, and according to the program are free of viruses.

/s/ Daniel P. Johnson
**ATTORNEY FOR APPELLEE**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

| | |
|---|---|
| Dustin L. Van Dyk     KS #23313 | Luther Oneal Sutter |
| PALMER LAW GROUP, LLP | SUTTER & GILLHAM, P.L.L.C. |
| 2348 SW Topeka Blvd. | P.O. Box 2012 |
| Topeka, KS 66611 | Benton, AR 72018 |
| 785.223.1836 | 501.315.1910 |
| 785.233.3703 (*Facsimile*) | 501.315.1916 (*Facsimile*) |
| dvandyk@jpalmerlaw.com | luthersutter@yahoo.com |

**ATTORNEYS FOR PLAINTIFF/APPELLANT**

                                        /s/ Daniel P. Johnson
                                        **ATTORNEY FOR APPELLEE**

48215191.1