# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Susan Norwood,

v.                                                                Case No. 21-3145

United Parcel Service, Inc.

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for United Parcel Service, Inc.
Party or Parties
Appellee/Respondent, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Daniel P. Johnson | Shelley I. Ericsson |
| Name of Counsel | Name of Counsel |
| /s/ Daniel P. Johnson | /s/ Shelley I. Ericsson |
| Signature of Counsel | Signature of Counsel |
| Ogletree, Deakins, et al. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 4520 Main St., #400, Kansas City, MO 64111 | 4520 Main St., #400, Kansas City, MO 64111 |
| (816) 410-2233 | (816) 410-2222 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| E-Mail Address daniel.johnson@ogletree.com | E-Mail Address shelley.ericsson@ogletree.com |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 8/27/2021   via (state method of service) efiling.

to All counsel of record                /s/ Daniel P. Johnson
(*See* Fed. R. App. P. 25(b))            (Signature)

**A-5** Entry of Appearance Form 10/09