**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL:Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

Kansas City, Kansas

September 7, 2021

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

**KIM LEININGER**
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals
  for the Tenth Circuit

District Court Case No.:  19-cv-02496-DDC

Circuit Appeal No.:       21-03145

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____ The transcript was filed this date.

___X___ A transcript is not necessary for this appeal.

_____ The necessary transcript is already on file in the U.S. District Court.

_____ The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

SKYLER B. O'HARA, CLERK

By: s/ Colleen Abraham

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)