IN THE UNITED STATES COURT OF APPEALS
FOR THE 10TH CIRCUIT

**SUSAN NORWOOD**                                                                **APPELLANT**

**VS.**                        **CASE NO: 21-3145**

**UNITED PARCEL SERVICE**                                              **APPELLEE**

## MOTION FOR EXTENSION OF TIME

COMES the Plaintiff/Appellant, by and through counsel, Luther Sutter and Lucien Gillham**, SUTTER & GILLHAM, P.L.L.C**., and for his motion states:

1. Appellant's brief and appendix are due Monday, October 18, 2021.

2. Undersigned counsel have been in multiple depositions and hearings both in and out of state. Additionally, COVID-19 continues to impact the undersigned's office affecting their ability to fully brief the issues. The undersigned has been ill, so the preparation of the brief and the appendix will not be possible by the due date.

3. The brief and appendix are currently due on October 18, 2021. Appellant respectfully requests a thirty (30) day extension of time until November 17, 2021, in which to file his brief and appendix. Appellant's counsel has consulted with Appellee's counsel and she has no objection to the extension of time.

WHEREFORE, Appellant prays for an order granting his Motion for Extension of Time and for all other relief.

Respectfully submitted,

**SUTTER & GILLHAM, P.L.L.C.**
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910  Office
501-315-1916  Facsimile
Attorney for the Plaintiff

By: */s/ Luther Sutter*
Luther O. Sutter, Esq., ARBN 95-031

By: */s/ Lucien R. Gillham*
Lucien R. Gillham, Esq., ARBN 99-199
lucien.gillham@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Statement of Issues has been served on 13th day of October, 2021 via ECF upon counsel for the Defendant(s):

Shelley Ericcson

By: */s/ Luther Sutter*
Luther O. Sutter, Esq., ARBN 95-031

By: */s/ Lucien R. Gillham*
Lucien R. Gillham, ARBN 99199

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limited of Fed. R. App. P. 27(d)(1)(D), the word limit of Fed. R. App. P. 32(a)(7)(B):

   <u>X</u>  the Statement of Issues and the Certificate of Compliance contains 406 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   <u>X</u>  this document has been prepared in a proportionally spaced typeface using Microsoft Word 2007 in Times New Roman, Pt. 14.

 

       Respectfully submitted,

       **SUTTER & GILLHAM, P.L.L.C.**
       Attorneys at Law
       P.O. Box 2012
       Benton, AR 72018
       501-315-1910  Office
       501-315-1916  Facsimile
       Attorney for the Plaintiff

By: */s/ Luther Sutter*
   Luther O. Sutter, Esq., ARBN 95-031

By: */s/ Lucien R. Gillham*
   Lucien R. Gillham, Esq., ARBN 99-199
   lucien.gillham@gmail.com