# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SUSAN NORWOOD, | ) |
| Appellant/Plaintiff, | ) ) ) |
| v. | ) )  Case No. 21-3145 |
| UNITED PARCEL SERVICE, INC., | ) ) ) |
| Appellee/Defendant | ) |

### APPELLEE/DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO APPELLANT'S OPENING BRIEF

Appellee/Defendant United Parcel Service, Inc. ("UPS"), in support of their motion for a 30-day extension of time to file a brief in response to Appellant/Plaintiff's Opening Brief, up to and including January 19, 2022. In support of same, UPS states as follows:

1. Appellant/Plaintiff filed their corrected Opening Brief in this matter on November 19, 2021, thus making UPS' brief in response due on December 20, 2021.

2. Due to arbitration and trials in the next few weeks, plus the holidays, UPS requests an extension of time up to and including January 19, 2022, in order to file their brief in opposition.

3. UPS has contacted Appellant/Plaintiff's counsel and they have no objection to the extension of time.

WHEREFORE, UPS prays for an order granting an extension of time to file their responsive brief from December 20, 2021 to January 19, 2022.

Respectfully submitted,

/s/ Shelley I. Ericsson
Shelley I. Ericsson      KS #19098
Daniel P. Johnson       KS #27449
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, Missouri 64111
816.471.1301
816.471.1303 *(Facsimile)*
shelley.ericsson@ogletree.com
daniel.johnson@ogletree.com

**ATTORNEYS FOR
APPELLEE/DEFENDANT**

**CERTIFICATE OF DIGITAL SUBMISSION
AND PRIVACY REDACTIONS**

I hereby certify that with respect to the foregoing:

(1)   all required privacy redactions have been made per 10th Cir. R. 25.5;

(2)   if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)   the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender, Version 1.339.429.0, updated December 14, 2021, and according to the program are free of viruses.

/s/ Shelley I. Ericsson
**ATTORNEY FOR
APPELLEE/DEFENDANT**

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent notification of such filing to the following:

| | |
|---|---|
| Dustin L. Van Dyk     KS #23313<br>PALMER LAW GROUP, LLP<br>2348 SW Topeka Blvd.<br>Topeka, KS 66611<br>785.223.1836<br>785.233.3703 (*Facsimile*)<br>dvandyk@jpalmerlaw.com | Luther Oneal Sutter<br>Lucien R. Gillham<br>SUTTER & GILLHAM, P.L.L.C.<br>P.O. Box 2012<br>Benton, AR 72018<br>501.315.1910<br>501.315.1916 (*Facsimile*)<br>luthersutter@yahoo.com<br>lucien.gillham@gmail.com |

**ATTORNEYS FOR APPELLANT/PLAINTIFF**

/s/ Shelley I. Ericsson
**ATTORNEY FOR
APPELLEE/DEFENDANT**