## UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| SUSAN NORWOOD, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | )   Appeal No. 21-3145 |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant-Appellee. | ) |

### DEFENDANT-APPELLEE'S MOTION FOR PERMISSION TO CONVENTIONALLY FILE EXHIBIT

COMES NOW Defendant-Appellee United Parcel Service, Inc. ("UPS"), by and through its counsel, pursuant to this Court's Civil Administrative Procedures, and files its Motion for Permission to Conventionally File Exhibit D (an audio recording, *see* App. Vol. 2 at APX 468) to Exhibit 1 (Declaration of Stan Roux), which was filed in support of UPS's Memorandum in Support of Motion for Summary Judgment, by conventional means. This exhibit is being submitted as a Supplemental Appendix, pursuant to 10 Cir. R. 30.2.

1. UPS intends to reference the aforementioned audio recording in its Appellee Brief. Because of the nature of this exhibit, it cannot be "scanned" like a typical documentary exhibit and therefore UPS cannot electronically file this exhibit using the Court's CM/ECF system.

2. Pursuant to 10th Cir. R. 30.3, a party may seek an Order from the Court requesting permission to conventionally file an exhibit which cannot be scanned and filed electronically.

3. Pursuant to 10th Cir. R. 27.1, counsel for UPS has contacted Plaintiff-Appellant's counsel regarding this motion, and Plaintiff-Appellant's counsel has no objections to this filing.

4. Therefore, because of the impossibility of scanning and electronically filing the audio exhibit to its brief, UPS requests permission from this Court to file such exhibit conventionally. Further, if permission is granted, UPS would serve Plaintiff-Appellant Norwood with the exhibit in the same form as it is filed with the Court.

WHEREFORE, Defendant-Appellee UPS respectfully requests that the Court issue an Order granting it permission to file the audio exhibit to its Brief in conventional form, rather than electronically.

/s/ Shelley I. Ericsson
Shelley I. Ericsson
Daniel P. Johnson
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, Missouri 64111
(816) 471-1301
(816) 471-1303 (*Facsimile*)
**ATTORNEY FOR DEFENDANT-APPELLEE**

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, McAfee VirusScan Enterprise 8.7i, updated January 18, 2022, and according to the program are free of viruses.

*/s/ Shelley I. Ericsson*
**ATTORNEY FOR DEFENDANT-APPELLEE**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of January 2022, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

Dustin L. Van Dyk    KS #23313
PALMER LAW GROUP, LLP
2348 SW Topeka Blvd.
Topeka, KS 66611
785.223.1836
785.233.3703 (*Facsimile*)
dvandyk@jpalmerlaw.com

Luther Oneal Sutter (admitted *pro hac vice*)
SUTTER & GILLHAM, P.L.L.C.
P.O. Box 2012
Benton, AR 72018
501.315.1910
501.315.1916 (*Facsimile*)
luthersutter.law@gmail.com

**ATTORNEYS FOR PLAINTIFF-APPELLANT**

/s/ Shelley I. Ericsson
**Attorney for Defendant-Appellee**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
4520 Main Street, Suite 400
Kansas City, MO  64111
shelley.ericsson@ogletree.com
(816) 410-2222

49964521.1