FILED  
United States Court of Appeals  
Tenth Circuit

January 17, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

SUSAN NORWOOD,

　Plaintiff - Appellant,

v.

UNITED PARCEL SERVICE, INC.,

　Defendant - Appellee.

No. 21-3145  
(D.C. No. 2:19-CV-02496-DDC)  
(D. Kan.)

---

**JUDGMENT**

---

Before **TYMKOVICH**, **EID**, and **CARSON**, Circuit Judges.

---

This case originated in the United States District Court for the District of Kansas and was argued by counsel.

The judgment of that court is affirmed.

　　　　　　　　　　　　　　　　　　Entered for the Court

　　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOLPERT, Clerk